FILE COPY



**TWELFTH COURT OF APPEALS**

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

December 17, 2015

Mr. John D. Reeves
1007 Grant Street
Lufkin, TX 75901
\* DELIVERED VIA E-MAIL \*

Ms. Kathleen Q. Sibley
Dept of Family and Protective Services
350 Pine Street
9th Floor
Beaumont, TX 77701
\* DELIVERED VIA E-MAIL \*

**RE:**    Case Number:           12-15-00308-CV
         Trial Court Case Number:   CV-03182-14-04

**Style:**   In the Interest of S. S., A. S. & J. S., children

The notice of appeal in the above styled and numbered cause was filed this date.  Due to the accelerated nature of this cause the following deadlines will apply.  See Texas Rule of Judicial Administration 6.2(a); TEX. R. APP. P. 2.

This Court will not grant an extension of time absent **extraordinary** circumstances.

The record is due on or before **December 28, 2015.**

The Appellant's brief is due on or before **January 18, 2016**.

The Appellee's brief is due on or before **February 8, 2016**.

Pursuant to TEX. R. APP. P. 39.8, you are hereby notified that, unless the Court grants oral argument, the above styled and  numbered cause will be under submission without oral argument twenty-one (21) days from the brief due date of appellee.  The case will be submitted to the Court on **February 29, 2016**.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

CC:    Ms. Elizabeth Murphy (DELIVERED VIA E-MAIL)
      Ms. Reba Squyres (DELIVERED VIA E-MAIL)